IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| -vs- | ) | **PLAINTIFF'S CORPORATE** |
| | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| RUSSELL KINSEY, Individually and as the alter ego of Stonecreek Bar & Grille et al. | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 57.21: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of JOE HAND PROMOTIONS, INC.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    **NO**

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

1

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   **NO**

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

3. Is there a publicly held corporation that owns 10% or more of the party's stock?

   **NO**

   If the answer is Yes, list the identity of such corporation and the percentage of the party's stock:

Respectfully submitted,

*/s/ Jeffrey L. Koberg*
Jeffrey L. Koberg  (0047386)
**LAW OFFICES OF TIMOTHY M SULLIVAN**
25651 Detroit Road Suite 203
Cleveland, Ohio 44145
(440) 871-8805 ext 123
Email: jkoberg@tmslaw.net
*Attorney for Plaintiff,*
*JOE HAND PROMOTIONS, INC.*